STEFANIAK, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Valentine Stefaniak against Hans Schmidt.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $4,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed. without costs of this appeal to either party.

McLENNAN, P. J., and ROBSON, J., dissent, and vote for reversal, on the ground of errors in the charge and in the reception of evidence.